

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADARRYLL JENNINGS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:07CV370-HEH
)
GABRIEL A. MORGAN, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Under 42 U.S.C. § 1983)

On June 27, 2007, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on July 17, 2007, the Court directed Plaintiff to pay an initial partial filing fee of $4.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

/s/
Henry E. Hudson
United States District Judge

Date: Oct. 11, 2007
Richmond, Virginia